# SPECIAL ASSESSMENT
# PAID IN FULL

Defendant: Crompton Corp

Amount $ 400.00          Date: 7/6/04

# FINE
# PAID IN FULL

Defendant: Crompton Corp

Fine $ 50,000,000.00      Date: 12/22/10

                          Interest $ 0.00

| | | | | | |
|---|---|---|---|---|---|
| **Case Number** | DCAN304CR000079 | **Case Title** | USA V. CROMPTON CORPORATION | | |

**Summary Party Information:**

| Party# | Party Name | Debt Type | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|
| 001 | CROMPTON CORPORATION | SPECIAL PENALTY ASSESSMENT | 400.00 | 400.00 | 0.00 |
| 001 | CROMPTON CORPORATION | FINE-CRIME VICTIMS FUND | 50,000,000.00 | 50,000,000.00 | 0.00 |
| | | | 50,000,400.00 | 50,000,400.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Code | Depository Total |
|---|---|---|---|---|
| | | | | |